# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERALD EDWARDS,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:24-cv-0398-JDW |
| | : | |
| **COLEEN CHRISTIAN,** | : | |
| Defendant. | : | |

### ORDER

AND NOW, this 29th day of May, 2024, upon consideration of Plaintiff Gerald Edwards's Amended Complaint (ECF No. 8), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Amended Complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall close this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**